

1  ELGUINDY, MEYER & KOEGEL, APC
   DAVID L. PRICE, State Bar Number 088696
2      *dprice@emklawyers.com*
   BENJAMIN D. KOEGEL, State Bar Number 266308
3      *bkoegel@emklawyers.com*
   W. PATRICK CRONICAN, State Bar Number 300645
4      *pcronican@emklawyers.com*
5  2990 Lava Ridge Court, Suite 205
   Roseville, CA 95661
6  Telephone: (916) 778-3310
7  Facsimile:  (916) 330-4433

8  Attorneys for Plaintiff INFINITY ENERGY, INC.,
   a California Corporation
9
10 KROGH & DECKER, LLP
   JASON G. ELDRED, State Bar Number 327148
11     *jasoneldred@kroghdecker.com*
   555 Capitol Mall, Ste 700
12 Sacramento, CA 95814
   Telephone: (916) 498-9000
13 Facsimile:  (916) 498-9005

14
15 Attorneys for Defendant PRESTIGE
   INVESTMENTS WORLDWIDE, LLC
16

17                     **UNITED STATES DISTRICT COURT**

18                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19

| 20  INFINITY ENERGY, INC., a California Corporation, | Case No.: 2:21-cv-00438-WBS-KJN |
|---|---|
| 21 | |
| 22        Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |
| 23  vs. | |
| 24  PRESTIGE INVESTMENTS WORLDWIDE, LLC, | |
| 25        Defendants. | JUDGE:  Hon. William B. Shubb |
| 26 | MAG.:   Hon. Kendall J. Newman |
|    | FILED:  March 10, 2021 |
|    | TRIAL:  Not Set |
| 27 | |

28 / / /

---
1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT




**IT IS HEREBY STIPULATED** by and between the parties hereto through the respective attorneys that Defendant PRESTIGE INVESTMENTS WORLDWIDE, LLC dba INFINITE ENERGY CONSTRUCTION may have additional time within which to answer or otherwise respond to Plaintiff's complaint.  Therefore, the last day to defendant to answer or otherwise respond to Plaintiff's Complaint is May 3, 2021.  This is the first extension of time requested for this matter.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. Furthermore, the parties are currently conferring on the proper naming of additional defendants.

This document is being electronically filed though the Court's ECF system.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: April 12, 2021            Respectfully submitted,

ELGUINDY, MEYER & KOEGEL, APC


By:  /s/ W. P. Cronican
    David L. Price, Esq.
    Benjamin D. Koegel, Esq.
    W. Patrick Cronican, Esq.
Attorneys for Plaintiff INFINITY ENGERY, INC., a California Corporation


Dated: April 12, 2021            KROGH & DECKER, LLP


By:  /s/ Jason G. Eldred
    Jason G. Eldred, Esq.
Attorneys for Defendant PRESTIGE INVESTMENTS WORLDWIDE, LLC dba INFINITE ENERGY CONSTRUCTION

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's Complaint on or before May 3, 2021.

Dated: April 13, 2021

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

