**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
   *shawnkrogh@kroghdecker.com*
MICHAEL D. CRODDY, SBN 198489
   *michaelcroddy@kroghdecker.com*
ÇAĞIL AREL, SBN 333564
   *cagilarel@kroghdecker.com*
555 Capitol Mall, Suite 700
Sacramento, California 95814
916.498.9000 (p)
916.498.9005 (f)

Attorneys for Defendant,
Infinite Energy Home Services, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY ENERGY, INC., a California Corporation,<br><br>    Plaintiff,<br>  v.<br><br>INFINITE ENERGY HOME SERVICES, INC., a California Corporation,<br><br>    Defendant. | Case No. 2:21-cv-00438-WBS-KJN<br>Hon. William B. Shubb<br><br>**DEFENDANT'S NOTICE OF MOTION FOR MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      May 30, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 5 |

PLEASE TAKE NOTICE that Defendant INFINITE ENGERY HOME SERVICES INC., through its attorneys, Krogh & Decker, LLP, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56, before the Notice Honorable William B. Shubb, United States District Court for the Eastern District of California, at the United States District Courthouse, 501 I Street, Sacramento, CA 95814 on May 30, 2023, at 1:30 P.M. or as soon thereafter as the matter may be heard, for an Order granting Summary Judgment against Plaintiff INFINITY ENERGY, INC. on all claims, or in the alternative, an order for Partial Summary



judgment and for other and further relief as the Court deems just and proper.

DATED: APRIL 24, 2023          **KROGH & DECKER, LLP**

                               By: */cagil arel/*
                               CAGIL AREL
                               Attorney for Defendant,
                               Infinite Energy Home Services, Inc.

