**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
  *shawnkrogh@kroghdecker.com*
MICHAEL D. CRODDY, SBN 198489
  *michaelcroddy@kroghdecker.com*
ÇAĞIL AREL, SBN 333564
  *cagilarel@kroghdecker.com*
555 Capitol Mall, Suite 700
Sacramento, California 95814
916.498.9000 (p)
916.498.9005 (f)

Attorneys for Defendant,
Infinite Energy Home Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINITY ENERGY, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INFINITE ENERGY HOME SERVICES, INC., a California Corporation,<br><br>    Defendant. | Case No. 2:21-cv-00438-WBS-KJN<br>Hon. William B. Shubb<br><br>**DECLARATION OF CAGIL AREL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING E-FILING**<br><br>Date:      May 30, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 5 |

I, Cagil Arel, declare as follows:

1. I am an attorney at law duly licensed to practice in this Court and counsel of record for Defendant Infinite Energy Home Services ("Defendant"). I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. On April 24, 2023, I telephoned the Courtroom Deputy Karen Kirksey Smith for the Court of Honorable William B. Shubb. I notified



1

Declaration of Cagil Arel in Support of Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment Concerning E-Filing

Ms. Smith of Defendant's filing of Summary Judgment that was being filed on the same date April 24, 2023. The deadline for filing the aforementioned document was April 24, 2023. Ms. Smith told me that the Court had availability on May 30, 2023 at 1:30 p.m. for a hearing on the motion.

3. Thereafter, we experienced difficulties. We are unaware as to the precise source because there were multiple issues on April 24 with regards to inability to view the Docket, the e-filing system freezing and not permitting to proceed with the next page, and my own failed attempts as locating the correct procedure for a Notice of Lodging in order to go through the Box App. I attempted to complete the filing of the Motion multiple times, but I was unable to do so. Shortly after my final attempt, I gave written notice to Ms. Smith and informed her of the issue. I explained the reason as clearly as possible, and I also requested that the Court to not let this issue prejudice any of the parties involved. A true and correct correspondence of the notice I sent to Ms. Smith is attached as Exhibit 1.

4. On April 25, I spoke to Ms. Smith on the phone regarding how to best proceed. Ms. Smith informed that I was obligated to go through the e-filing system for motion papers, but that I could submit the exhibits separately through the Box App.

5. On April 25, I gave written notice of the issue to counsels for Plaintiff. A true and correct copy of the notice is attached herein as Exhibit 2.



2

Declaration of Cagil Arel in Support of Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment Concerning E-Filing

6.  I respectfully request this Court to consider this as a special circumstance and not let it prejudice the parties to the suit. Upon the occurrence of this issue, I made good faith efforts to remedy it, I did so in a timely manner, and I notified all the parties to the suit, also including this Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: APRIL 25, 2023　　　　　　　　　**KROGH & DECKER, LLP**

By: */cagil arel/*
CAGIL AREL
Attorney for Defendant,
Infinite Energy Home Services, Inc.



3

Declaration of Cagil Arel in Support of Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment Concerning E-Filing

# EXHIBIT 1

|  |  |
|---|---|
| **Subject:** | E-filing failure, Case No. 2:21-cv-00438-WBS-KJN |
| **Date:** | Tuesday, April 25, 2023 at 00:51:08 Pacific Daylight Time |
| **From:** | Cagil Arel <cagilarel@kroghdecker.com> |
| **To:** | kkirkseysmith@caed.uscourts.gov <kkirkseysmith@caed.uscourts.gov> |
| **CC:** | Michael Croddy <michaelcroddy@kroghdecker.com>, Shawn Krogh <shawnkrogh@kroghdecker.com>, Gabriella Cavazos <gabriellacavazos@kroghdecker.com> |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, Screenshot 2023-04-25 at 00.18.00.png |

Dear Ms. Smith:

We may have spoken on the phone earlier. I am the lead attorney for the Defendant in the matter of Infinity Energy Inc. v. Infinite Energy Home Services, Inc, Case No. 2:21-cv-00438-WBS-KJN. I phoned Judge Shubb's courtroom this afternoon and gave notice of Defendant's filing for a motion for summary judgment. We were given a May 30, 2023, 1.30 p.m. date for a hearing. We are currently experiencing difficulties with the e-filing system. We thought the quantity of documents may have been a factor, but when we tried to file the notice of motion without the accompanying papers, the system still did not let us proceed to the next page. I experienced another technical issue this afternoon and could not view the docket for some time. When I tried to enter the case file into the docket search, the system kept refreshing with a different number and it directed me to a case from the 2000s everytime. (Although it is not my intention to convey any sense of unprofessionalism, I am attaching an image of my internal office communication referring to the issue around 3-4 pm to demonstrate goodwill.) I'm not sure whether the issue is coming from the system or on our end, but we are trying to remedy it as promptly as possible.

We will be trying again through the e-filing system, and if we cannot make it work still, we intend to bring paper copies to the courthouse by close of business. I am respectfully requesting the Court to consider this issue as an extraordinary circumstance and not let it prejudice my client or the parties to the suit. I would appreciate it if you could advise accordingly as soon as you are able. Thank you for your attention in advance.

**Çağıl Arel**
*cha·il are·l*
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)
916.498.9005 (f)
kroghdecker.com
**Connect with us on:**

**Confidentiality Notice:** This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

# EXHIBIT 2

| | |
|---|---|
| **Subject:** | Infinity Energy v. Infinite Home Services - Case 2:21-cv-00438-WBS-KJN |
| **Date:** | Tuesday, April 25, 2023 at 12:46:50 Pacific Daylight Time |
| **From:** | Cagil Arel <cagilarel@kroghdecker.com> |
| **To:** | Benjamin Koegel <bkoegel@emklawyers.com>, pcronican@emklawyers.com <pcronican@emklawyers.com> |
| **CC:** | Shawn Krogh <shawnkrogh@kroghdecker.com>, Michael Croddy <michaelcroddy@kroghdecker.com>, Gabriella Cavazos <gabriellacavazos@kroghdecker.com> |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png |

Ben and Patrick: I am reaching out to let you of Defendant's Summary Judgment Filing. I am also notifying the occurrence of a technical failure that is preventing the motion from the e-filing. I spoke with the court clerk yesterday and gave notice of the filing. We sent the court a written notice of the situation. I spoke with the court clerk again this morning, and we are exploring alternative options. The situation will also be reflected in the motion papers. I also made a written request to the court not let this issue prejudice any of the parties. Thank you.

**Çağıl Arel**
*chaꞏil areꞏl*
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)
916.498.9005 (f)
kroghdecker.com
**Connect with us on:**

**Confidentiality Notice:** This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.