ELGUINDY, MEYER & KOEGEL, APC
BENJAMIN D. KOEGEL, State Bar Number 266308
  *bkoegel@emklawyers.com*
W. PATRICK CRONICAN, State Bar Number 300645
  *pcronican@emklawyers.com*
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone:  (916) 778-3310
Facsimile:   (916) 330-4433

Attorneys for Plaintiff INFINITY ENERGY, INC.,
a California Corporation

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY ENERGY, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INFINITE ENERGY HOMES SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00438-WBS-KJN<br><br>**JOINT STIPULATION RE: OPPOSITION TO INFINITE ENERGY HOMES SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON**<br><br>DATE:     May 30, 2023<br>TIME:     1:30 p.m.<br>CTRM:    5<br><br>JUDGE:   Hon. William B. Shubb<br>MAG.:     Hon. Kendall J. Newman<br>FILED:    March 10, 2021<br>TRIAL:    September 19, 2023 |

**WHEREAS**: Defendant INFINITE ENERGY HOME SERVICES, INC. ("Defendant") has filed a Motion for Summary Judgement (the "Motion") in the present matter;

**WHEREAS**: Due to a technical issue Defendant was unable to e-file the Motion on April 24, 2023;

/ / /

1  **WHEREAS**: Defendant advised Plaintiff INFINITY ENERGY, INC. ("Plaintiff") of the
2  e-filing technical issues and the forthcoming filing at counsel's earliest opportunity;

3  **WHEREAS**: Given the technical issues related to the filing and the desire of the parties
4  not to prejudice Plaintiff's ability to properly oppose the Motion, the parties have agreed and
5  stipulated to extend the time for Plaintiff to file its Opposition to the Motion to May 12, 2023.

6  **IT IS HEREBY STIPLUATED AND AGREED** by and between Plaintiff and Defendant
7  that;

8  (1) Despite the technical issues associated with e-filing the Motion, the Motion was timely
9      filed;
10 (2) Plaintiff's Opposition to the Motion shall be filed by May 12, 2023.

11 **IT IS HEREBY STIPLUATED:**

12 Dated:  May 8, 2023                Respectfully submitted,

13                                    ELGUINDY, MEYER & KOEGEL, APC




15                                    By: _____/s/ W. Patrick Cronican_____
16                                        Benjamin D. Koegel, Esq.
                                          W. Patrick Cronican, Esq.
17                                    Attorneys for Plaintiff INFINITY ENGERY, INC., a
                                      California Corporation
18

19 Dated: May 8, 2023                 Respectfully submitted,
20
                                      KROGH & DECKER, LLP
21

22

23                                    By: _____/s/ Michael Croddy_____
                                          Shawn M. Krogh, Esq.
24                                        Cagil Arel, Esq.
                                          Michael Croddy, Esq.
25                                    Attorneys for Defendant INFINITE ENERGY HOME
                                      SERVICES, INC.
26

27

28

**ORDER**

Having reviewed the parties' Joint Stipulation IT IS SO ORDERED:

(1) Defendant's Motion was timely filed;

(2) Plaintiff's Opposition to the Motion shall be filed by May 12, 2023.

IT IS ORDERED.

Dated:  May 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

