ELGUINDY, MEYER & KOEGEL, APC
BENJAMIN D. KOEGEL, State Bar Number 266308
   *bkoegel@emklawyers.com*
W. PATRICK CRONICAN, State Bar Number 300645
   *pcronican@emklawyers.com*
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile: (916) 330-4433

Attorneys for Plaintiff INFINITY ENERGY, INC.,
a California Corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY ENERGY, INC., a California Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>INFINITE ENERGY HOMES SERVICES, INC.,<br><br>        Defendant. | Case No.: 2:21-cv-00438-WBS-KJN<br><br>**ORDER OF DISMISSAL BY STIPULATION**<br><br>**[FRCP 41]**<br><br>JUDGE:  Hon. William B. Shubb<br>MAG.:   Hon. Kendall J. Newman<br>FILED:  March 10, 2021<br>TRIAL:  Not Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
ORDER OF DISMISSAL

     Pursuant to the stipulation of the parties under Rule 41 of the Federal Rules of Civil Procedure, this action is HEREBY DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing their own attorneys' fees and costs. The Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement pursuant to applicable state and federal law.

     IT IS SO ORDERED.

Dated: January 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE